# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA ALLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY BERRYHILL, Acting Commissioner of Social Security *et al*,<br><br>　　　　　Defendants. | **Case No. 1:17-cv-00702 GSA**<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO SERVE PLAINTIFF WITH MAGISTRATE JUDGE CONSENT FORM**<br><br>**ORDER DIRECTING PLAINTIFF TO COMPLETE AND FILE THE MAGISTRATE JUDGE CONSENT FORM NO LATER THAN JUNE 16, 2017.**<br><br>(Doc. 3) |

　　　Plaintiff, Erika Allen ("Plaintiff") requested leave to proceed in forma pauperis. (Doc. 3). A review of Plaintiff's application reveals that she has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, her application to proceed in forma pauperis is GRANTED.

　　　The Clerk of the Court shall serve Plaintiff with a Consent to Magistrate Judge Assignment or Request for Reassignment Form. Plaintiff shall complete the form and send a copy to the Court for filing no later than **June 16, 2017**. Completion of this form is necessary to determine the assignment of the judge in this case.

IT IS SO ORDERED.

　　　Dated:　**May 23, 2017**　　　　　　　　　**/s/ Gary S. Austin**

1

UNITED STATES MAGISTRATE JUDGE