# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICKA ALLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | **1:17-cv-702-GSA**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO ISSUE SUMMONS AND NEW CASE DOCUMENTS**<br><br>(Doc. 9) |

       Plaintiff Ericka Allen, proceeding *pro se*, sought review of a decision of the Commissioner of Social Security denying her applications for supplemental social security income and disability insurance benefits under the Social Security Act (42 U.S.C. § 301 et seq.). On July 6, 2017, the Court dismissed Plaintiff's complaint for failure to state a claim. (Doc. 6). Plaintiff was granted leave to file an amended complaint to remedy the deficiencies. *Id*. Plaintiff subsequently filed a First Amended Complaint. (Docs. 9).

       The Court has screened the Second Amended Complaint under 28 U.S.C. § 1915(a), and finds Plaintiff has set forth a cognizable claim. Service of the complaint upon the Commissioner is now appropriate.

       Accordingly, IT IS HEREBY ORDERED:

       (1) The Clerk of the Court is directed to issue the summons and new case documents, send

1

| | |
|---|---|
| 1 | Plaintiff a copy of this order, a USM-285 form, an instruction sheet, and the First |
| 2 | Amended Complaint. (Doc. 9). |

(2) **No later than October 6, 2017**, Plaintiff shall complete the following requirements for service of the Second Amended Complaint:

    (a) properly complete and sign the attached Notice of Submission of Documents form;

    (b) properly complete the summons form;

    (c) properly complete a USM-285 form;

    (d) submit five (5) copies of the Second Amended Complaint; and

    (e) provide the completed forms and copies of the complaint to the Clerk of Court.

(3) Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of all the documents listed above in section (2), the Court will issue an order directing the Clerk to forward the completed forms to the United States Marshal to serve the named Defendants under Rule 4 of the Federal Rule of Civil Procedure, without payment of costs.

(4) Plaintiff's failure to comply with this order by **October 6, 2017** will result in dismissal of the action.

IT IS SO ORDERED.

Dated:   **September 4, 2017**           **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE