UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICKA ALLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 1:17-cv-00702-GSA<br><br>**ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH A COURT ORDER**<br><br>**(Doc. 33)** |

Plaintiff Ericka Allen, proceeding *pro se*, filed a complaint seeking review of the final decision of the Commissioner of Social; Security denying her application for disability insurance under Title II of the Social Security Act .[1] On October 26, 2018, the Court issued an order to show cause why Plaintiff had failed to file an opening brief in accordance with the Amended Pro Se Order Setting Deadlines (Doc. 26). Doc. 33. The order directed Plaintiff either to file a written explanation why she had not filed the opening brief or to file the opening brief within 20 days. Doc. 33. Although more than twenty days have passed since entry of the order, Plaintiff has filed neither an explanatory statement nor an opening brief.

///

---

[1] Both parties to this action consented, in writing, to the jurisdiction of a United States Magistrate Judge to conduct all further proceedings in this case, including the entry of final judgment. Docs. 5 and 15.

1

The Court has discretion to impose any and all sanctions authorized by statute or rule or within the inherent power of the Court, including dismissing the action, based on a petitioner's failure to comply with a court order. F.R.Civ.P. 11; Local R. 110.

### **Conclusion and Order**

Accordingly, the above-captioned case is hereby DISMISSED for failure to comply with a court order. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: __**November 27, 2018**__  _____/s/ Gary S. Austin__
                                                                                           UNITED STATES MAGISTRATE JUDGE